**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No.: 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>RICARDO MONTENEGRO, an individual, and MISTI D. MONTENEGRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABBVIE, INC.; ABBOTT LABORATORIES, INC.; McKESSON CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:14-cv-05000 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

## OF DEFENDANT McKESSON CORPORATION ONLY

**PLEASE TAKE NOTICE** that Plaintiffs Ricardo Montenegro and Misti D. Montenegro, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss without prejudice their claims against Defendant McKesson Corporation only.

Dated: January 28, 2015

/s/ David Markevitch
Lawrence J. Gornick
David Markevitch
KAISER GORNICK LLP
100 First Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 857-7400
Facsimile: (415) 857-7499
lgornick@kaisergornick.com
dmarkevitch@kaisergornick.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2015 I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

              By: /s/ David Markevitch
                 David Markevitch